IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELVIN R. MITCHELL, JR. | CRIMINAL CASE NO.<br>1:17-CR-0015-SCJ |

## ORDER

This matter is before the Court on the Joint Motion to Reduce Sentence For Substantial Assistance [Doc. 27], which is hereby **GRANTED**. The custodial sentence previously imposed by this Court against Defendant Elvin R. Mitchell, Jr. on October 10, 2017 [Doc. 15] is hereby **REDUCED** by twelve (12) months for a total amended term of imprisonment of **FORTY-EIGHT (48) MONTHS**. An Order amending the Judgment and Commitment to reflect this reduction will issue hereafter.

IT IS SO ORDERED this 4th day of February, 2020.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE