IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 1:17-CR-0015-SCJ |
| ELVIN R. MITCHELL, JR. | |

## ORDER

By direction of the Court, it is **ORDERED AND ADJUDGED** that the Judgment and Commitment heretofore rendered on October 10, 2017 [Doc. 15] as to Defendant Elvin R. Mitchell, Jr. be amended on page two (2) as follows to reflect a twelve (12) month reduction in sentence:

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **FORTY-EIGHT (48) MONTHS.**

**IT IS FURTHER ORDERED** that the judgment and commitment rendered on October 10, 2017 remain the same in every other respect.

**IT IS SO ORDERED**, this 4th day of February, 2020.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE